**Law Office of Stephen H. Osborne, Ltd.**
STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4721
232 Court Street, Reno, NV 89501
Phone : (775) 789-4944
Fax : (775) 322-5484
Stephen@stephenosbornelaw.com

**Doyle Law Office, PLLC**
ROGER S. DOYLE, ESQ.
Nevada Bar No. 10876
KERRY S. DOYLE, ESQ.
Nevada Bar No. 10866
4600 Kietzke Lane, Ste. I-207
Reno, NV 89502
(775) 525-0889
admin@rdoylelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF JILL ANN ESCHE; SIERRA JILL WOFFORD by and though her guardian ad litem WAYNE WOFFORD; and CAMRON SCOTT ESCHE,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN REGIONAL MEDICAL CENTER; MARTA J. BUNUEL-JORDANA, MD; CAROLINE VASENDIN, MD, JOHANNA GRUEN, PhD; EARLE OKI, MD; MAEGEN SMITH, RN; CAITLIN E. HERSCHEL, RN; and DOES I-X,<br><br>Defendants. | Case No.    3:21-cv-00520-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(First Request)** |

COME NOW, Plaintiffs THE ESTATE OF JILL ANN ESCHE; SIERRA JILL WOFFORD by and though her guardian ad litem WAYNE WOFFORD, and CAMRON SCOTT ESCHE, and Defendant EARLE OKI, MD, by and through the undersigned counsel, stipulate to extend the time to respond to the Motion to Dismiss (ECF No. 18), filed February 7, 2022. A response is currently due February 22, 2022, and an extension of one week is necessary to accommodate the attorneys' calendars

1

and work obligations, including an evidentiary hearing and an appellate brief in other cases. The parties agree to extend the time to respond by one week, until February 28, 2022.

**DATED** this 16th day of February, 2022.   **DATED** this 16th day of February, 2022.

DOYLE LAW OFFICE, PLLC   LEMONS, GRUNDY & EISENBERG

By: /s/ Kerry S. Doyle   By: /s/ Alice Campos Mercado
Law Office of Stephen H. Osborne, Ltd.   Edward J. Lemons
Stephen H. Osborne, Esq.   Nevada SBN 699
Nevada Bar No. 4721   Alice Campos Mercado, Esq.
232 Court Street, Reno, NV 89501   Nevada SBN 4555
Phone : (775) 789-4944   6005 Plumas Street
Fax : (775) 322-5484   Reno, Nevada 89519
Stephen@stephenosbornelaw.com   (775) 786-6868

Doyle Law Office, PLLC   Attorneys for Earle Oki, MD
Roger S. Doyle, Esq.
Nevada Bar No. 10876
Kerry S. Doyle, Esq.
Nevada Bar No. 10866
4600 Kietzke Lane, Suite I-207
Reno, Nevada 89502
(775) 525-0889

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**By:** _____
  **UNITED STATES DISTRICT JUDGE**

**DATED:** February 16, 2022

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the DOYLE LAW OFFICE, PLLC or the LAW OFFICE OF STEPHEN H. OSBORNE, LTD., and that on the date below, I caused a true and correct copy of the above document to be served on all registered parties listed below by delivery via electronic means (CM/ECF, fax, eflex, NEF, etc.):

DOMINIQUE A. POLLARA
Nevada SBN 5742
POLLARA LAW GROUP
100 Howe A venue, Suite 165N
Sacramento, California 95825
(916) 550-5880 - telephone
(916) 550-5066 - fax
Email: dp@pollara-law.com

WILLIAM D. COPE, Nevada SBN 1711
LAW OFFICES OF WILLIAM D. COPE, LLP
505 Ridge Street
Reno, NV 89501
(775) 333-0838 - telephone
Email: william@copebklaw.com

Attorneys for Defendants RENOWN REGIONAL MEDICAL CENTER, MARTA J. BUNUEL-JORDANA, M.D., CAROLINE V ASENDIN, M.D., JOHANNA GRUEN, Ph.D., MAEGEN SMITH, RN and CAITLIN E. HERSCHEL, RN

Edward J. Lemons, Esq.
Alice Campos Mercado, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas St., 3rdFL.Reno, NV 89519
ejl@lge.net;acm@lge.net

Attorneys for Defendant Earle Oki, MD

**DATED** this 16 February 2022.

By_____/s/ Jessica Quinlan_____