**Law Office of Stephen H. Osborne, Ltd.**
STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4721
232 Court Street, Reno, NV 89501
Phone : (775) 789-4944
Fax : (775) 322-5484
Stephen@stephenosbornelaw.com

**Doyle Law Office, PLLC**
ROGER S. DOYLE, ESQ.
Nevada Bar No. 10876
KERRY S. DOYLE, ESQ.
Nevada Bar No. 10866
4600 Kietzke Lane, Ste. I-207
Reno, NV 89502
(775) 525-0889
admin@rdoylelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF JILL ANN ESCHE; SIERRA JILL WOFFORD by and though her guardian ad litem WAYNE WOFFORD; and CAMRON SCOTT ESCHE,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN REGIONAL MEDICAL CENTER; MARTA J. BUNUEL-JORDANA, MD; CAROLINE VASENDIN, MD, JOHANNA GRUEN, PhD; EARLE OKI, MD; MAEGEN SMITH, RN; CAITLIN E. HERSCHEL, RN; and DOES I-X,<br><br>Defendants. | Case No.    3:21-cv-00520-MMD-CLB<br><br><br><br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(SECOND Request)** |

COME NOW, Plaintiffs THE ESTATE OF JILL ANN ESCHE; SIERRA JILL WOFFORD by and though her guardian ad litem WAYNE WOFFORD, and CAMRON SCOTT ESCHE, and Defendant EARLE OKI, MD, by and through the undersigned counsel, stipulate to further extend the time to respond to the Motion to Dismiss (ECF No. 18), filed February 7, 2022. A response is currently due February 28, 2022, pursuant to a stipulation to extend time.  A further extension is necessary as the parties are currently discussing possible resolution of the motion which may make the motion and

1

1  opposition unnecessary. The parties agree to extend the time to respond by one additional week, until
2  March 7, 2022.

3  **DATED** this 25th day of February, 2022.　　**DATED** this 25th day of February, 2022.

4  DOYLE LAW OFFICE, PLLC　　　　　　　　LEMONS, GRUNDY & EISENBERG

6  By:___/s/ Kerry S. Doyle_____　　By:_____/s/ Alice Campos Mercado_____
   Law Office of Stephen H. Osborne, Ltd.　　　　　Edward J. Lemons
   Stephen H. Osborne, Esq.　　　　　　　　　　Nevada SBN 699
7  Nevada Bar No. 4721　　　　　　　　　　　　Alice Campos Mercado, Esq.
   232 Court Street, Reno, NV 89501　　　　　　Nevada SBN 4555
8  Phone : (775) 789-4944　　　　　　　　　　　6005 Plumas Street
   Fax : (775) 322-5484　　　　　　　　　　　　Reno, Nevada 89519
9  Stephen@stephenosbornelaw.com　　　　　　(775) 786-6868

10 Doyle Law Office, PLLC　　　　　　　　　　Attorneys for Earle Oki, MD
   Roger S. Doyle, Esq.
11 Nevada Bar No. 10876
   Kerry S. Doyle, Esq.
12 Nevada Bar No. 10866
   4600 Kietzke Lane, Suite I-207
13 Reno, Nevada 89502
   (775) 525-0889
14
   Attorneys for Plaintiffs

**IT IS SO ORDERED** *NUNC PRO TUNC.*

By:_____
　　**UNITED STATES DISTRICT JUDGE**

**DATED:**__4/13/2022_____

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the DOYLE LAW OFFICE, PLLC or the LAW OFFICE OF STEPHEN H. OSBORNE, LTD., and that on the date below, I caused a true and correct copy of the above document to be served on all registered parties listed below by delivery via electronic means (CM/ECF, fax, eflex, NEF, etc.):

DOMINIQUE A. POLLARA
Nevada SBN 5742
POLLARA LAW GROUP
100 Howe A venue, Suite 165N
Sacramento, California 95825
(916) 550-5880 - telephone
(916) 550-5066 - fax
Email: dp@pollara-law.com

Attorneys for Defendants RENOWN REGIONAL MEDICAL CENTER, MARTA J. BUNUEL-JORDANA, M.D., CAROLINE V ASENDIN, M.D., JOHANNA GRUEN, Ph.D., MAEGEN SMITH, RN and CAITLIN E. HERSCHEL, RN

Edward J. Lemons
Nevada SBN 699
Alice Campos Mercado, Esq.
Nevada SBN 4555
6005 Plumas Street
Reno, Nevada 89519
(775) 786-6868

Attorneys for Defendant EARLE OKI, MD

**DATED** this 25 February 2022.

By  /s/ Kerry S. Doyle

3