Edward J. Lemons, Esq., Bar No. 699
Alice Campos Mercado, Esq., Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, 3rd Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
ejl@lge.net; acm@lge.net

*Attorneys for Defendant
Earle Oki, M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| **THE ESTATE OF JILL ANN ESCHE, SIERRA JILL WOFFORD** BY AND THROUGH HER GUARDIAN AD LITEM **WAYNE WOFFORD**; AND **CAMRON SCOTT ESCHE**,<br><br>Plaintiffs,<br><br>vs.<br><br>**RENOWN REGIONAL MEDICAL CENTER; MARTA J. BUNUEL-JORDANA, MD; CAROLINE VASENDIN, MD; JOHANNA GRUEN, PhD; EARLE OKI, MD; MAEGEN SMITH, RN; CAITLIN E. HERSCHEL, RN;** AND DOES I-X,<br><br>Defendants. | Case No. 3:21-cv-00520-MMD-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs ESTATE OF JILL ANN ESCHE, SIERRA JILL WOFFORD, by and through her guardian ad litem WAYNE WOFFORD; and CAMRON SCOTT ESCHE (collectively, "Plaintiffs") and Defendant EARLE OKI, MD, through their respective counsel, that the time to file a response to the Amended Complaint may be extended by one week to November 14, 2022 (November 11 being a holiday). A response to the Amended Complaint is currently due on November 4, 2022, and an extension of one week is necessary to accommodate defense counsel's need to address briefing in another matter that is proceeding to trial.

///

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 1 -

This extension is not sought for purposes of delay or for any other improper purpose.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: November 4, 2022 | DATED: November 4, 2022 |
| LAW OFFICES OF STEPHEN H. OSBORNE<br>     and<br>DOYLE LAW OFFICE<br>4600 Kietzke Lane, Suite I-207<br>Reno, Nevada 89502<br> (775) 525-0889 | LEMONS, GRUNDY & EISENBERG<br>6005 Plumas Street<br>Third Floor<br>Reno, Nevada 89519<br>(775) 786-6868 |
| By: */s/ Roger S. Doyle*<br>     Roger S. Doyle, Bar #10876 | By: */s/ Alice Campos Mercado*<br>     Alice Campos Mercado, Bar #4555 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Earle Oki, M.D.* |

**O R D E R**

**IT IS SO ORDERED**.

DATED:  November 4, 2022   _____
HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868