**Law Office of Stephen H. Osborne, Ltd.**
STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4721
232 Court Street, Reno, NV 89501
Phone : (775) 789-4944
Fax : (775) 322-5484
Stephen@stephenosbornelaw.com

**Doyle Law Office, PLLC**
ROGER S. DOYLE, ESQ.
Nevada Bar No. 10876
KERRY S. DOYLE, ESQ.
Nevada Bar No. 10866
8755 Technology Way, Ste. I
Reno, NV 89521
(775) 525-0889
admin@rdoylelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF JILL ANN ESCHE; SIERRA JILL WOFFORD by and though her guardian ad litem WAYNE WOFFORD; and CAMRON SCOTT ESCHE,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN REGIONAL MEDICAL CENTER; MARTA J. BUNUEL-JORDANA, MD; CAROLINE VASENDIN, MD, JOHANNA GRUEN, PhD; EARLE OKI, MD; MAEGEN SMITH, RN; CAITLIN E. HERSCHEL, RN; and DOES I-X,<br><br>Defendants. | Case No.   3:21-cv-00520-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION**<br><br>**FIRST REQUEST** |

IT IS HEREBY STIPULATED by and between Plaintiffs, ESTATE OF JILL ANN ESCHE, SIERRA JILL WOFFORD, by and through here guardian ad litem WAYNE WOFFORD; and CAMRON SCOTT ESCHE (collectively "Plaintiffs") and Defendants RENOWN REGIONAL MEDICAL CENTER; MARTA J. BUNUEL-JORDANA, MD; CAROLINE VASENDIN, MD, JOHANNA GRUEN, PhD; EARLE OKI, MD; MAEGEN SMITH, RN; CAITLIN E. HERSCHEL,

RN; through their respective counsel of record that the time to file a response to RENOWN Defendant's *Motion to Strike, Alternatively Motion to Dismiss*, Docket No. 38, be extended by one week to November 28, 2022 (November 25th being a holiday). A week extension is necessary to accommodate Plaintiffs' counsels' calendar conflict for another matter, and to resolve reply briefing being due over the Thanksgiving holiday week.

This extension is not sought for purposes of delay or for any other improper purpose.

**IT IS SO STIPULATED**

**DATED** this 17 day of November, 2022.

| | |
|---|---|
| Law Offices of Stephen H. Osborne and Doyle Law Office 8755 Technology Way, Suite I Reno, Nevada 89521 | POLLARA LAW GROUP 100 Howe Avenue, Suite 165N Sacramento, California 95825 |
| /s/ Roger S. Doyle, Esq. Roger S. Doyle, SBN 10876 | /s/ Dominique Pollara, Esq. Dominique Pollara, SBN 5742 |
| Attorneys for Plaintiffs | Attorneys for Renown Defendants |

LEMONS, GRUNDY & EISENBERG
6005 Plumas St., 3rd FL.
Reno, NV 89519

/s/ Alice Campos Mercado, Esq
Alice Campos Mercado, SBN 4555

Attorneys for Earle Oki, M.D.

**ORDER**

**IT IS SO ORDERED.**

Dated ____April 5, 2023____

_____
Hon. Miranda M. Du
Chief United States District Judge