**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THE ESTATE OF JILL ANN ESCHE, *et. al.*, <br><br>                                    Plaintiff, <br><br> v. <br><br> RENOWN REGIONAL MEDICAL CENTER, *et. al.*, <br><br>                                    Defendants. | Case No. 3:21-CV-00520-MMD-CLB <br><br> **ORDER STRIKING DISCOVERY DOCUMENTS** <br><br> [ECF No. 91] |

Plaintiff filed a notice of de-designation of consulting expert and withdrawal of expert report on the Docket. (ECF No. 91.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

**DATED:** December 20, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**