**Law Office of Stephen H. Osborne, Ltd.**
STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4721
232 Court Street, Reno, NV 89501
Phone : (775) 789-4944
Fax : (775) 322-5484
Stephen@stephenosbornelaw.com

**Doyle Law Office, PLLC**
KERRY S. DOYLE, ESQ.
Nevada Bar No. 10866
1 East Liberty Street Suite 600 PMB 673
Reno NV 89501
(775) 525-0889
admin@rdoylelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF JILL ANN ESCHE; SIERRA JILL WOFFORD by and though her guardian ad litem WAYNE WOFFORD; and CAMRON SCOTT ESCHE,<br><br>Plaintiffs,<br><br>v.<br><br>RENOWN REGIONAL MEDICAL CENTER; MARTA J. BUNUEL-JORDANA, MD; CAROLINE VASENDIN, MD, JOHANNA GRUEN, PhD; EARLE OKI, MD; MAEGEN SMITH, RN; CAITLIN E. HERSCHEL, RN; and DOES I-X,<br><br>Defendants. | Case No.     3:21-cv-00520-MMD-CLB<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM ATTENDANCE REQUIREMENTS**<br><br>[ECF No. 151] |

Pursuant to the Court's Order Setting the Settlement Conference (ECF No. 150 at 2), the Estate of Jill Ann Esche, Sierra Wofford by her guardian ad litem Wayne Wofford, and Camron Esche move for partial relief from the attendance requirements. Camron Esche is a resident of Oklahoma, has limited means, and has extremely limited ability to participate in a video-conferenced proceeding. He therefore seeks to be relieved from attending the videoconference, but will be available by telephone. Renown Regional Medical Center, the individual defendants who were Renown employees, Marta J. Bunuel-Jordana, MD, Caroline Vasendin, MD, Johanna Gruen, PhD, Maegan Smith RN, and Caitlin E.

1

Herschel, RN (collectively "the Renown Defendants"), have been contacted regarding this request and indicated that they do not oppose such an accommodation.

**DATED** this 5th day of March, 2026.

DOYLE LAW OFFICE, PLLC


By:_____/s Kerry S. Doyle_____
LAW OFFICE OF STEPHEN H. OSBORNE, LTD.
STEPHEN H. OSBORNE, ESQ.
Nevada Bar No. 4721
232 Court Street, Reno, NV 89501
Phone : (775) 789-4944
Fax : (775) 322-5484
Stephen@stephenosbornelaw.com

DOYLE LAW OFFICE, PLLC
KERRY S. DOYLE, ESQ.
Nevada Bar No. 10866
(775) 525-0889
ATTORNEYS FOR PLAINTIFFS

**IT IS SO ORDERED.**

**DATED:** March 5, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

2